# EXHIBIT 3

# 13-31 Sport, LLC v. Dick's Sporting Goods, Inc.

## U.S. Patent No. 6,598,234

**Product: SKLZ Defender's Field Shield**

| Claim 1 | U.S. Patent No. 6,598,234, Product: SKLZ Defender's Field Shield |
|---|---|
| What is claimed is:<br><br>A face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player, the face guard comprising: | Defendant sells a face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player,<br><br> |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| An open framework configured to prevent a baseball from contacting the player's face when the guard is donned, | Defendant sells an open framework configured to prevent a baseball from contacting the player's face when the guard is donned,<br><br> |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned, | Defendant sells said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned,  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said framework further including a plurality of risers interconnecting the crossbars, | Defendant sells said framework further including a plurality of risers interconnecting the crossbars,  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said framework defining an open section being positioned generally adjacent the player's generally horizontal line of sight when the guard is donned, | Defendant sells said face guard with said framework defining an open section being positioned generally adjacent the player's generally horizontal line of sight when the guard is donned,<br> |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said open section being devoid of risers | Defendant sells said face guard with said open section being devoid of risers  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| A plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned and | Defendant sells said face guard with a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned and |





| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Compressible padding connected to the framework and configured to contact the player and thereby space the framework from the face when the guard is donned | Defendant sells said face guard with a compressible padding connected to the framework and configured to contact the player and thereby space the framework from the face when the guard is donned  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said padding presenting a brow pad and a chin pad | Defendant sells said face guard with said padding presenting a brow pad and a chin pad  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned | Defendant sells said face guard with said brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said chin pad extending vertically across the face and configured to contact the chin of the player when the guard is donned | Defendant sells said face guard with said chin pad extending vertically across the face and configured to contact the chin of the player when the guard is donned  |

| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said risers being free of said padding | Defendant sells said face guard with said risers being free of said padding |



| Claim 1 | U.S. Patent No. 6,598,234 |
|---|---|
| Said plurality of straps including a securing strap being coupled relative to the chin pad and being configured to snugly enclose the crown of the player's head and thereby secure the guard on the player's face once the guard is positioned on the player's face | Defendant sells said face guard with said plurality of straps including a securing strap being coupled relative to the chin pad and being configured to snugly enclose the crown of the player's head and thereby secure the guard on the player's face once the guard is positioned on the player's face  |

"Relative to" – Corresponding to, *See*  https://www.collinsdictionary.com/dictionary/english/relative-to

| Claim 2 | U.S. Patent No. 6,598,234 |
|---|---|
| the face guard as claimed in claim 1, said framework including a chin bar extending below the chin of the player when the guard is donned. | Defendant sells the face guard as claimed in claim 1, said framework including a chin bar extending below the chin of the player when the guard is donned.  |

| Claim 3 | U.S. Patent No. 6,598,234 |
|---|---|
| the face guard as claimed in claim 2, said framework including a chin guard. | Defendant sells the face guard as claimed in claim 2, said framework including a chin guard.  |

| Claim 4 | U.S. Patent No. 6,598,234 |
|---|---|
| the face guard as claimed in claim 3, said plurality of risers being integrally formed. | Defendant sells the face guard as claimed in claim 3, said plurality of risers being integrally formed.  |

| Claim 5 | U.S. Patent No. 6,598,234 |
|---|---|
| the face guard as claimed in claim 4, said chin bar being integrally formed with said plurality of risers. | Defendant sells the face guard as claimed in claim 4, said chin bar being integrally formed with said plurality of risers.  |

| Claim 6 | U.S. Patent No. 6,598,234 |
|---|---|
| the face guard as claimed in claim 2, said framework including a chin guard. | Defendant sells the face guard as claimed in claim 2, said framework including a chin guard.  |

| Claim 8 | U.S. Patent No. 6,598,234 |
|---|---|
| the face guard as claimed in claim 6, said securing strap being adjustable, said plurality of straps including a stretchable positioning strap and an additional adjustable securing strap. | Defendant sells the face guard as claimed in claim 6, said securing strap being adjustable, said plurality of straps including a stretchable positioning strap and an additional adjustable securing strap.<br><br> |

| Claim 9 | U.S. Patent No. 6,598,234 |
|---------|---------------------------|
| the face guard as claimed in claim 8, said brow pad being connected to one of said crossbars. | Defendant sells the face guard as claimed in claim 8, said brow pad being connected to one of said crossbars.  |