# EXHIBIT 4

# 13-31 Sport, LLC v. Dick's Sporting Goods, Inc.

## U.S. Patent No. 6,499,139

**Product: SKLZ Defender's Field Shield**

| Claim 1 | U.S. Patent No. 6,499,139 Product: SKLZ Defender's Field Shield |
|---|---|
| What is claimed is:<br><br>A face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player, the face guard comprising: | Defendant sells a face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player,<br><br> |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| An open framework configured to prevent a baseball from contacting the player's face when the guard is donned, | Defendant sells an open framework configured to prevent a baseball from contacting the player's face when the guard is donned, |

| **Claim 1** | **U.S. Patent No. 6,499,139** |
|---|---|
| Said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned, | Defendant sells said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned,  |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said framework further including a plurality of risers interconnecting the crossbars, | Defendant sells said framework further including a plurality of risers interconnecting the crossbars,  |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said framework being positioned, when the guard is donned, outside of the player's generally horizontal line of sight; | Defendant sells said face guard with said framework being positioned, when the guard is donned, outside of the player's generally horizontal line of sight;  |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned; and | Defendant sells said face guard with a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned; and  |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Compressible padding connected to the framework and configured to contact the player and thereby space the framework from the face when the guard is donned | Defendant sells said face guard with a compressible padding connected to the framework and configured to contact the player and thereby space the framework from the face when the guard is donned  |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said padding presenting a brow pad and a chin pad | Defendant sells said face guard with said padding presenting a brow pad and a chin pad |



| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned | Defendant sells said face guard with said brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned<br><br> |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said chin pad extending vertically across the face and configured to contact the chin of the player when the guard is donned | Defendant sells said face guard with said chin pad extending vertically across the face and configured to contact the chin of the player when the guard is donned  |

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said risers being free of said padding | Defendant sells said face guard with said risers being free of said padding |



| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| Said framework including a chin bar extending below the chin of the player when the guard is donned, | Defendant sells said face guard with said framework including a chin bar extending below the chin of the player when the guard is donned,  |

"Relative to" – Corresponding to, *See* https://www.collinsdictionary.com/dictionary/english/relative-to

| Claim 1 | U.S. Patent No. 6,499,139 |
|---------|---------------------------|
| Said framework including a chin guard, | Defendant sells said face guard with said framework including a chin guard, |



"Relative to" – Corresponding to, *See* https://www.collinsdictionary.com/dictionary/english/relative-to

| Claim 1 | U.S. Patent No. 6,499,139 |
|---|---|
| said plurality of straps including a stretchable positioning strap and first and second adjustable securing straps. | Defendant sells said face guard with said plurality of straps including a stretchable positioning strap and first and second adjustable securing straps. |



"Relative to" – Corresponding to, *See* https://www.collinsdictionary.com/dictionary/english/relative-to

| Claim 2 | U.S. Patent No. 6,499,139 |
|---|---|
| The face guard as claimed in claim 1, said chin guard being coupled between the chin bar and the chin pad. | Defendant sells the face guard as claimed in claim 1, with said chin guard being coupled between the chin bar and the chin pad.  |

| Claim 3 | U.S. Patent No. 6,499,139 |
|---|---|
| The face guard as claimed in claim 1, each of said plurality of risers being contiguous with at least one other riser.<br><br>**Contiguous:** next to or touching another, usually similar, thing: https://dictionary.cambridge.org/us/dictionary/english/contiguous | Defendant sells the face guard as claimed in claim 1, with each of said plurality of risers being contiguous with at least one other riser.<br><br> |

| Claim 4 | U.S. Patent No. 6,499,139 |
|---|---|
| the face guard as claimed in claim 3, said plurality of risers being integrally formed.<br><br>**Integral:** formed of constituent parts; united. http://dictionary.reverso.net/english-definition/%29+integrally+formed | Defendant sells the face guard as claimed in claim 3, said plurality of risers being integrally formed.<br><br> |

| Claim 5 | U.S. Patent No. 6,499,139 |
|---|---|
| the face guard as claimed in claim 4, said chin bar being integrally formed with said plurality of risers.<br><br><br><br>**Integral:** formed of constituent parts; united. http://dictionary.reverso.net/english-definition/%29+integrally+formed | Defendant sells the face guard as claimed in claim 4, said chin bar being integrally formed with said plurality of risers.<br><br> |

| Claim 6 | U.S. Patent No. 6,499,139 |
|---|---|
| The face guard as claimed in claim 1, said brow pad being connected to one of said crossbars. | Defendant sells the face guard as claimed in claim 1, said brow pad being connected to one of said crossbars. |



| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| A face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player, the face guard comprising: | Defendant sells a face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player, the face guard comprising:<br><br> |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| an open framework configured to prevent a baseball from contacting the player's face when the guard is donned, | Defendant sells a face guard with an open framework configured to prevent a baseball from contacting the player's face when the guard is donned,  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned, | Defendant sells a face guard with said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned,  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework further including a plurality of risers interconnecting the crossbars, | Defendant sells a face guard with said framework further including a plurality of risers interconnecting the crossbars,  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework being positioned, when the guard is donned, outside of the player's generally horizontal line of sight; | Defendant sells a face guard with said framework being positioned, when the guard is donned, outside of the player's generally horizontal line of sight;  |

| Claim 7 | U.S. Patent No. 6,499,139 |
| --- | --- |
| a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned, | Defendant sells a face guard with a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned,  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said straps including a positioning strap and a securing strap, | Defendant sells a face guard with said straps including a positioning strap and a securing strap, |



| **Claim 7** | **U.S. Patent No. 6,499,139** |
|---|---|
| Said positioning strap being continuous and stretchable and configured to extend around the player's head and thereby position the guard on the player's face when the guard is donned, | Defendant sells a face guard with said positioning strap being continuous and stretchable and configured to extend around the player's head and thereby position the guard on the player's face when the guard is donned, |





| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said securing strap being adjustable and configured to snugly enclose the player's head and thereby secure the guard on the player's face once the guard is positioned on the player's face; and | Defendant sells a face guard with said securing strap being adjustable and configured to snugly enclose the player's head and thereby secure the guard on the player's face once the guard is positioned on the player's face; and  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| compressible padding connected to the framework and configured to contact the player and thereby space the framework from the face when the guard is donned, | Defendant sells a face guard with compressible padding connected to the framework and configured to contact the player and thereby space the framework from the face when the guard is donned,  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework including a chin bar extending below the chin of the player when the guard is donned, | Defendant sells a face guard with said framework including a chin bar extending below the chin of the player when the guard is donned,  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework including a chin guard; | Defendant sells a face guard with said framework including a chin guard;  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said compressible padding including a brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned. | Defendant sells a face guard with said compressible padding including a brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned.  |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said compressible padding including a chin pad extending vertically along the face and configured to contact the chin of the player when the guard is donned. | Defendant sells a face guard with said compressible padding including a chin pad extending vertically along the face and configured to contact the chin of the player when the guard is donned.<br><br> |

| Claim 7 | U.S. Patent No. 6,499,139 |
|---|---|
| said chin pad being integrally formed with said chin guard; | Defendant sells a face guard with said chin pad being integrally formed with said chin guard;  |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| A face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player, the face guard comprising: | Defendant sells a face guard for protecting a baseball player's face from a baseball without restricting the player's generally horizontal line of sight when the guard is donned by the player, the face guard comprising:<br> |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| an open framework configured to prevent a baseball from contacting the player's face when the guard is donned, | Defendant sells a face guard with an open framework configured to prevent a baseball from contacting the player's face when the guard is donned,  |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned, | Defendant sells a face guard with said framework including a plurality of vertically spaced crossbars extending across the player's face when the guard is donned,  |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework further including a plurality of risers interconnecting the crossbars, | Defendant sells a face guard with said framework further including a plurality of risers interconnecting the crossbars,  |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said framework being positioned, when the guard is donned, outside of the player's generally horizontal line of sight; | Defendant sells a face guard with said framework being positioned, when the guard is donned, outside of the player's generally horizontal line of sight;<br><br> |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned, | Defendant sells a face guard with a plurality of straps coupled to the framework and operable to position and retain the framework on the player when the guard is donned,  |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said straps including a positioning strap and a first securing strap, said positioning strap being continuous and stretchable, said first securing strap being adjustable; and | Defendant sells a face guard with said straps including a positioning strap and a first securing strap, said positioning strap being continuous and stretchable, said first securing strap being adjustable; and |





| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said padding presenting a brow pad and a chin pad, said brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned, | Defendant sells a face guard with said padding presenting a brow pad and a chin pad, said brow pad extending laterally across the face and configured to contact the brow of the player when the guard is donned, |



| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said chin pad extending vertically along the face and configured to contact the chin of the player when the guard is donned, | Defendant sells a face guard with said chin pad extending vertically along the face and configured to contact the chin of the player when the guard is donned,  |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said plurality of straps including a second securing strap being adjustable, said first securing strap being configured to secure the guard on the player's face when the guard is donned so that movement of the guard relative to the player's face in a first direction is substantially prevented, | Defendant sells a face guard with said plurality of straps including a second securing strap being adjustable, said first securing strap being configured to secure the guard on the player's face when the guard is donned so that movement of the guard relative to the player's face in a first direction is substantially prevented,<br><br> |

| Claim 10 | U.S. Patent No. 6,499,139 |
|---|---|
| said second securing strap being configured to secure the guard on the player's face when the guard is donned so that movement of the guard relative to the player's face in a second direction is substantially prevented wherein the first and second directions are generally perpendicular to one another. | Defendant sells a face guard with said second securing strap being configured to secure the guard on the player's face when the guard is donned so that movement of the guard relative to the player's face in a second direction is substantially prevented wherein the first and second directions are generally perpendicular to one another.  |

| Claim 11 | U.S. Patent No. 6,499,139 |
|---|---|
| the face guard as claimed in claim 10, said plurality of risers being free of said compressible padding. | Defendant sells the face guard as claimed in claim 10, with said plurality of risers being free of said compressible padding.  |

| **Claim 12** | **U.S. Patent No. 6,499,139** |
|---|---|
| the face guard as claimed in claim 11, said framework including a chin bar extending below the chin of the player when the guard is donned. | Defendant sells the face guard as claimed in claim 11, said framework including a chin bar extending below the chin of the player when the guard is donned.<br><br> |

| Claim 13 | U.S. Patent No. 6,499,139 |
|---|---|
| the face guard as claimed in claim 12, said framework including a chin guard coupled between the chin pad and the chin bar. | Defendant sells the face guard as claimed in claim 12, said framework including a chin guard coupled between the chin pad and the chin bar.<br><br> |